**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| XYZ CORPORATION,<br><br>    PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"<br><br>    DEFENDANTS. | CIVIL ACTION NO.: 20-CV-06012 |

## EXHIBIT 1 TO THE COMPLAINT – SEALED DOCUMENT PURSUANT TO LR26.2

Pursuant to Plaintiff's Motion for Leave to File Documents under Seal, a full version of Exhibit 1, the federally registered Plaintiff's Trademarks, will be electronically-filed under seal and will remain under seal until further order of this Court.


Dated: October 8, 2020           Respectfully submitted,

                                                          */s/ Ann Marie Sullivan*
                                                          Ann Marie Sullivan
                                                          Alison Carter
                                                          AM Sullivan Law, LLC
                                                          1440 W. Taylor St., Suite 515
                                                          Chicago, Illinois 60607
                                                          Telephone: 224-258-9378
                                                          E-mail:  ams@amsullivanlaw.com

                                                          ***ATTORNEYS FOR PLAINTIFF***